

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-25-00045-CR

**IN RE** Mason Lynn **KELLNER**, Relator

Original Proceeding

### ORDER

On January 17, 2025, Mason Lynn Kellner filed an application for writ of habeas corpus, arguing that "he is being held without bond in the 445 [sic] Judicial District Court on a pre-trial revocation." This court does not, however, have original jurisdiction to issue a writ of habeas corpus in a criminal matter. *See* TEX. GOV'T CODE ANN. § 22.221(d); TEX. CODE CRIM. PRO. ANN. art. 11.05. Accordingly, we **DISMISS** Kellner's application for writ of habeas corpus for want of jurisdiction.

It is so **ORDERED** on April 9, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court